DEBRA E. MEPPEN (SBN: 183885)
dmeppen@grsm.com
LAURIE DEYOUNG (SBN: 154796)
ldeyoung@grsm.com
DIBA D. RASTEGAR (SBN: 230681)
drastegar@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
HAPTX INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLS HAKALA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HAPTX, a Washington Company; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT HAPTX INC.**<br><br>**[FED. R. CIV. P. 7.1]** |

-1-
DEFENDANT HAPTX INC.'S CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant
2  HAPTX INC. discloses that HAPTX INC. is its parent corporation, and that no
3  publicly held corporation owns 10% or more of its stock.

4

5  Dated: December 10, 2019            GORDON REES SCULLY
                                        MANSUKHANI, LLP
6

7
                                        By:  *Diba D. Rastegar*
8                                            Debra E. Meppen
                                             Laurie DeYoung
9                                            Diba D. Rastegar
                                             Attorneys for Defendant
10                                           HAPTX INC.

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

FSINS/1201049/48795861v.1

-2-
DEFENDANT HAPTX INC.'S CORPORATE DISCLOSURE STATEMENT