CHRISTINA A. HUMPHREY (SBN: 226326)
christina@chumphreylaw.com
CHRISTINA HUMPHREY LAW, P.C.
8330 Allison Avenue, Suite C
La Mesa, CA 91942
Tel: (805) 618-2924 | Fax: (805) 618-2939

JAMES A. CLARK (SBN: 278372)
James.clark@towerlegalgroup.com
TOWER LEGAL GROUP, P.C.
11335 Gold Express Drive, Suite 105
Sacramento, CA 95670
Tel: 916-361-6009 | Fax: 916-361-6019

Attorneys for Plaintiff
BELLS HAKALA

DEBRA E. MEPPEN (SBN: 183885)
dmeppen@grsm.com
LAURIE DEYOUNG (SBN: 154796)
ldeyoung@grsm.com
DIBA D. RASTEGAR (SBN: 230681)
drastegar@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
HAPTX, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLS HAKALA, <br><br> Plaintiff, <br><br> v. <br><br> HAPTX, a Washington Company; and DOES 1 through 50, inclusive. <br><br> Defendants. | Case No. 2:19-cv-10447 MWF (MRWx) <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: November 4, 2019 <br> Trial Date: May 21, 2021 <br><br> The Hon. Michael W. Fitzgerald |

**TO THE COURT:**

In accordance with the Court's Standing Order, Local Civil Rule 40-2 and the instruction of the Court, the Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 45 days in which to file the dismissal.

DATED: August 13, 2020

Respectfully submitted,

TOWER LEGAL GROUP, P.C

By: /s/ James A. Clark
Christina A. Humphrey
James A. Clark

Attorneys for Plaintiff
BELLS HAKALA

DATED: August 13, 2020

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Diba Rastegar
Debra E. Meppen
Laurie Deyoung
Diba D. Rastegar

Attorneys for Defendant
HAPTX, INC.

NOTICE OF SETTLEMENT (2:16-cv-10447 MWF)